***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

RUSSIAN RECOVERY FUND LIMITED, )
RUSSIAN RECOVERY ADVISORS, L.L.C., )
TAX MATTERS PARTNER, )
)
Plaintiff, )
) **No. 06-30 T**
) **( Judge Eric G. Bruggink)**
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

March 6, 2006

s/David R. House
David R. House
Justice Department (Tax)
Court of Federal Claims Section
(202) 616-3366
(202) 514-9440 (Fax)
David.R.House@usdoj.gov