# In the United States Court of Federal Claims

**06-30T, 06-31T, 06-35T &**

**Filed: June 9, 2006**

**RUSSIAN RECOVERY FUND, LTD.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)**
**Held in Washington, D.C.**
**May 24, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.