# In the United States Court of Federal Claims

No. 06-30T
(Filed: April 23, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in defendant's status report filed April 19, 2007, a telephonic status conference will be held Friday, May 11, 2007, at 10:00 a.m. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge