# In the United States Court of Federal Claims

No. 06-30T
(Filed: May 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held May 11, 2007. Pursuant to the status conference, the order staying this case, issued on May 26, 2006, is hereby lifted. Plaintiffs are directed to file their motions for partial summary judgment on or before June 1, 2007. The joint preliminary status report, required by ¶ III of Appendix A, Rules of the United States Court of Federal Claims ("RCFC"), is deemed unnecessary. Pursuant to RCFC 42(a), this case shall be consolidated with case No. 06-35T.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge