**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Complainant,<br><br>v.<br><br>The United States,<br><br>Respondent. | Case No. 06-0030-EGB |

**COMPLAINANT RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER FOR RUSSIAN RECOVERY FUND LIMITED'S, MOTION FOR PARTIAL SUMMARY JUDGMENT FOR THE 2000 TAX YEAR**

Pursuant to Rule 56 of the Rules of the Court of Federal Claims ("RCFC"), Complainant Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF")[1], hereby moves for partial summary judgment in the above-captioned action. In support of this motion, Recovery Advisors submits the accompanying Proposed Findings of Uncontroverted Fact pursuant to RCFC 56(h)(1), the Declaration of James DiBiase with attached exhibit, and a Memorandum of Law in Support of its Motion.

As these materials demonstrate, there is no genuine issue of material fact, and Recovery Advisors is entitled to judgment as a matter of law. Specifically, Recovery Advisors is entitled to an order that the Final Partnership Administrative Adjustment ("FPAA") issued by the Internal Revenue Service ("IRS") for the tax year ended on

[1] Pursuant to an order dated May 11, 2007, this Court consolidated Case No. 06-035-EGB, which is identical in all respects to the present case except with respect to the name of the tax matters partner, under Case No. 06-030-EGB. This motion applies equally to Case No. 06-030-EGB and Case No. 06-035-EGB.

December 31, 2000 (the "2000 FPAA") was invalid insofar as it seeks to adjust partnership items allocated to direct and indirect partners of RRF whose statute of limitations had expired under 26 U.S.C. §§ 6501(a), taking into account the minimum period of adjustment under 26 U.S.C. § 6229(a), as of the date of issuance of the 2000 FPAA.

WHEREFORE, Recovery Advisors respectfully requests that its Motion be allowed, and that the Court enter judgment in its favor.

By: /s/ Loretta R. Richard

Dated: June 1, 2007

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND
LIMITED, RUSSIAN RECOVERY
ADVISORS, L.L.C., TAX MATTERS
PARTNER