**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Complainant,<br><br>v.<br><br>The United States of America,<br><br>Respondent. | Case No. 06-0030-EGB |

**COMPLAINANT RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER FOR RUSSIAN RECOVERY FUND LIMITED'S, PROPOSED FINDINGS OF UNCONTROVERTED FACT FOR THE 2000 TAX YEAR**

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims ("RCFC"), Complainant Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF"), respectfully submits the following proposed findings of uncontroverted fact in support of its Motion for Partial Summary Judgment.[1]

1. Recovery Advisors is a limited liability company formed under the laws of the State of Delaware. (Declaration of James DiBiase ("DiBiase Decl."), ¶2).

2. Recovery Advisors was designated the Tax Matters Partner ("TMP") for RRF for the tax year ended on December 31, 2000 (the "2000 Tax Year") on its partnership tax return filed with respect to the 2000 Tax Year (the "2000 RRF Return"). (DiBiase Decl., ¶2).

[1] These Proposed Findings of Uncontroverted Fact are filed with respect to both Case Nos. 06-030-EGB and 06-035-EGB, which, pursuant to an order dated May 11, 2007, the Federal Court of Claims consolidated under Case No. 06-030-EGB.

3. RRF is a limited liability company incorporated under the laws of the Cayman Islands that has elected status as a partnership for federal income tax purposes. (DiBiase Decl., ¶2; Compl., ¶3; Ans., ¶3).

4. FFIP, L.P. ("FFIP") is a Delaware limited partnership, and is treated as a partnership for U.S. federal tax purposes. (DiBiase Decl., ¶5).

5. FFIP was a partner in RRF during the 2000 Tax Year. (DiBiase Decl., ¶4). During that tax year, FFIP had 36 direct partners. (DiBiase Decl., ¶5).

6. RRF allocated net Section 988 losses of $46,424,782 entirely to FFIP in the 2000 Tax Year. No RRF partner other than FFIP received an allocation of all or any portion of the net Section 988 losses. (DiBiase Decl., ¶4).

7. RRF's timely filed partnership tax return was received by the IRS on August 17, 2001. (Compl., ¶¶4, 8(q); Ans., ¶¶4, 8(q)).

8. FFIP's tax return was filed on August 14, 2001. (DiBiase Decl., ¶5).

9. The IRS took no partnership action with respect to the 2000 RRF Return until over four years after RRF filed its partnership tax return. Specifically, on September 28, 2005, the IRS issued to Recovery Advisors, as TMP for RRF, a Notice of Beginning of Administrative Proceeding for RRF for the 2000 Tax Year. (DiBiase Decl., ¶¶ 6, 7; Compl., ¶8(r); Ans. ¶8(r)).

10. Then, on October 14, 2005 – *four years and two months after the IRS received RRF's tax return* – the IRS mailed to Recovery Advisors an FPAA for the tax year ended on December 31, 2000 (the "2000 FPAA"), proposing a $46,424,782 adjustment to Other Income on the 2000 RRF Return. (DiBiase Decl., ¶6, Ex. 1; Compl., ¶¶4,5; Ans., ¶¶4,5).

11. On January 10, 2006, a deposit of $50,000 was tendered on behalf of Recovery Advisors and Recovery Advisors filed the instant action seeking, *inter alia*, an order stating that the 2000 FPAA was invalid. (Compl., ¶7; Ans., ¶7).

12. Recovery Advisors provided the names and identifying information of the FFIP partners (including indirect partners) who received an allocation of the disputed adjustment to Pete Whitley, the Internal Revenue Service revenue agent who conducted the RRF audit that resulted in the pending litigation, by letter dated May 30, 2007. This information included the name of the partner (including the indirect partner), the taxpayer identification number for each partner, the date on which the partner filed its return and whether the statute of limitations had been extended beyond October 14, 2005. (DiBiase Decl. ¶9).

13. All FFIP partners (including indirect partners) but one filed their 2000 tax returns on or before October 15, 2001 and only one partner, identified as Partner 26 on the FFIP Form K-1, may have extended its statute of limitations to beyond October 14, 2005, the date on which the 2000 FPAA was issued. Partner 26 was allocated $543,330 of RRF losses. (DiBiase Decl., ¶9).

By: /s/ Loretta R. Richard

Dated: June 1, 2007

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND
LIMITED, RUSSIAN RECOVERY
ADVISORS, L.L.C., TAX MATTERS
PARTNER