**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,

Complainant,

v.

The United States of America,

Respondent.

Case No. 06-0030-EGB

**COMPLAINANT RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER FOR RUSSIAN RECOVERY FUND LIMITED'S, MOTION FOR SUMMARY JUDGMENT FOR THE 2001 TAX YEAR**

Pursuant to Rule 56 of the Rules of the Court of Federal Claims ("RCFC"), Complainant Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF"), hereby moves for summary judgment in the above-captioned action.[1] In support of this motion, Recovery Advisors submits the accompanying Proposed Findings of Uncontroverted Fact pursuant to RCFC 56(h)(1), the Declaration of James DiBiase with attached exhibit, and a Memorandum of Law in Support of its Motion.

As these materials demonstrate, there is no genuine issue of material fact, and Recovery Advisors is entitled to judgment as a matter of law. Specifically, Recovery Advisors is entitled to an order that the Final Partnership Administrative Adjustment

---

[1] This motion is made with respect to Case Nos. 06-031-EGB and 06-036-EGB, which, pursuant to an order dated May 11, 2007, this Court consolidated under Case No. 06-030-EGB. Case Nos. 06-031-EGB and 06-036-EGB relate to the Plaintiff's tax year ended December 31, 2001 and are identical in all respects, except with respect to the name of the tax matters partner. This motion applies equally to Case No. 06-031-EGB and Case No. 06-036-EGB.

("FPAA") issued by the Internal Revenue Service ("IRS") for the tax year ended on December 31, 2001 (the "2001 FPAA") improperly seeks to adjust an item that must be determined in proceedings at the individual partner, rather than the partnership, level and, accordingly, the 2001 FPAA is invalid as a matter of law.

WHEREFORE, Recovery Advisors respectfully requests that its Motion be allowed, and that the Court enter judgment in its favor and order the IRS to return the deposit tendered in connection with this action.

Dated: June 1, 2007

By: /s/ Loretta R. Richard

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER