**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Complainant,<br><br>v.<br><br>The United States,<br><br>Respondent. | Case No. 06-0030-EGB |

**COMPLAINANT RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER FOR RUSSIAN RECOVERY FUND LIMITED'S, PROPOSED FINDINGS OF UNCONTROVERTED FACT FOR THE 2001 TAX YEAR**

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims ("RCFC"), Complainant Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF"), respectfully submits the following proposed findings of uncontroverted fact in support of its Motion for Summary Judgment for the 2001 Tax Year.[1]

1. Recovery Advisors is a limited liability company formed under the laws of the State of Delaware. (Declaration of James DiBiase ("DiBiase Decl."), ¶2).

2. Recovery Advisors was designated the Tax Matters Partner ("TMP") for RRF for the tax year ended on December 31, 2001 (the "2001 Tax Year") on its partnership tax return filed with respect to the 2001 Tax Year (the "2001 Tax Return"). (DiBiase Decl., ¶2).

[1] These Proposed Findings of Uncontroverted Fact are filed with respect to Case Nos. 06-31-EGB and 06-36-EGB, which, pursuant to an order dated May 11, 2007, the Federal Court of Claims consolidated under Case No. 06-30-EGB.

3. RRF is a limited liability company incorporated under the laws of the Cayman Islands that has elected status as a partnership for federal income tax purposes. (DiBiase Decl., ¶2).

4. FFIP, L.P. ("FFIP") is a limited partnership governed under the laws of the state of Delaware and was a partner of RRF during the 2001 tax year. (DiBiase Decl., ¶3).

5. On September 19, 2005, the IRS mailed to Recovery Associates a Notice of Beginning of Administrative Proceedings and on October 17, 2005 the IRS mailed to Recovery Advisors an FPAA for the tax year ended on December 31, 2001 (the "2001 FPAA"). (DiBiase Decl., ¶4).

6. The 2001 FPAA proposes to reduce "Partner FFIP, LP @ Risk Amount" to zero ($0). (DiBiase Decl., ¶4, Ex.1).

7. The 2001 FPAA proposes no adjustments to income, gains, losses, deductions or credits and confirms each item of income and proposes adjustments of zero ($0). (Compl., ¶8(j); Ans., ¶8(j); DiBiase Decl., ¶5, Ex.1).

8. On January 10, 2006, Recovery Advisors tendered a deposit of $750,000 and filed the instant action seeking , *inter alia*, an order stating that the 2001 FPAA was invalid. (Compl., ¶7; Ans., ¶7).

9. The FPAA adjustment does not relate to any item on RRF's 2001 Tax Return. (DiBiase Decl. ¶6, Ex. 1).

By: /s/ Loretta R. Richard

Dated: June 1, 2007

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER