# In the United States Court of Federal Claims

No. 06-30T
(Filed: June 4, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
BRACEBRIDGE CAPITAL, L.L.C., Tax
Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

In the court's order of May 11, 2007, case nos. 06-30T and 06-35T were consolidated. Case Nos. 06-31T and 06-36T were also consolidated by a separate order that date. On June 1, 2007, plaintiff filed a motion for summary judgment, as it pertains to case nos. 06-31T and 06-36T (consolidated), under docket no. 06-30T. The clerk is directed to strike docket entries 18, 19, 20, and 21 from the court's docket in case no. 06-30T. On or before June 5, 2007, plaintiff shall file its motion for summary judgment as to tax year 2001 under case no. 06-31T as directed by the court's order of May 11, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge