**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 06-0030-EGB |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the Court of Federal Claims, Plaintiff Russian Recovery Advisors, as Tax Matters Partner for Russian Recovery Fund, respectfully moves this Court for the entry of a Protective Order.[1]

First, Plaintiff requests a Protective Order barring the United States from serving discovery in this action on the Plaintiff or any of its direct or indirect partners relating to their taxpayer information, including their identities, their Forms 1040 filed with the Internal Revenue Service ("IRS"), or their execution of agreements with the IRS to extend the period of assessment of additional income tax for any tax year, until such time as the Defendant can demonstrate that it is wholly unable to obtain materially the same information from the records of the IRS.

[1] Pursuant to an Order dated May 11, 2007, this Court consolidated Case No. 06-035-EGB, which is identical in all respects to the present case except with respect to the name of the tax matters partner, under Case No. 06-030-EGB. This motion applies equally to Case No. 06-030-EGB and Case No. 06-035-EGB.

Second, Plaintiff requests a Protective Order precluding the United States from publicizing in this proceeding the names and identifying information of Plaintiff's direct and indirect partners (other than FFIP, LP).

The reasons supporting Plaintiff's request for a Protective Order are fully contained in a Memorandum filed herewith.

WHEREFORE, the Plaintiff respectfully requests that the Court enter a Protective Order consistent with the proposed Order accompanying this Motion.

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner.

By its attorneys,

/s/ Loretta R. Richard

Dated: July 19, 2007

Loretta R. Richard
Kathleen S. Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Complainant,<br><br>v.<br><br>The United States of America,<br><br>Respondent. | Case No. 06-0030-EGB |

**CERTIFICATION OF LORETTA R. RICHARD**

I, Loretta R. Richard, pursuant to Rule 26(c) of the Rules of the Court of Federal Claims, certify as follows:

1. I am a partner at Ropes & Gray, LLP, which is counsel to Plaintiff in this action.

2. On May 10, 2007, B. John Williams, Jr. and I spoke with Robert J. Higgins and discussed, among other things, protection of nonparty confidential information and were unable to reach an agreement.

3. I have subsequently called and left voice messages for Mr. Higgins on three separate occasions and I have not heard back from Mr. Higgins as of this date.

4. Based on the foregoing, I have attempted in good faith to resolve the dispute without court action.

Executed this 19th day of July, 2007.

/s/ Loretta R. Richard
Loretta R. Richard

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case Nos. 06-0030-EGB<br>06-0035-EGB |

**PROPOSED ORDER**

Having duly considered the Plaintiff's Motion for Protective Order filed in this matter on July 19, 2007, and any response filed thereto,

IT IS HEREBY ORDERED this ____ day of ________, 2007, that the United States shall not serve discovery in this action on the Plaintiff or any of its direct or indirect partners relating to their taxpayer information, including their identities, their Forms 1040 filed with the Internal Revenue Service ("IRS"), or their execution of agreements with the IRS to extend the period of assessment of additional income tax for any tax year, until further order of this Court, and, further, the United States shall not publicize in this proceeding the names and identifying information of Plaintiff's direct and indirect partners (other than FFIP, LP) without the prior approval of this Court.

______________________________
Judge Eric G. Bruggink