# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: July 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding defendant's motion for refusal of the application or a continuance pursuant to Rule 56(f) of the Rules of the United States Court of Federal Claims and plaintiffs' motion for a protective order shall be heard on Tuesday, October 2, 2007, at 10:00 a.m. eastern in the National Courts Building. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge