IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-30 T
(Senior Judge Eric G. Bruggink)

RUSSIAN RECOVERY FUND LIMITED, by and through RUSSIAN RECOVERY ADVISORS, LLC, Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**MOTION BY THE UNITED STATES FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY TO THE RESPONSE BY THE UNITED STATES TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States moves for leave to file a surreply to plaintiff's reply to the response by the United States to plaintiff's motion for partial summary judgment for the 2000 tax year.

Plaintiff argues in its reply brief that (1) it has established a *prima facie* case that the three-year statute of limitations in § 6501(a) expired as of the date the 2000 FPAA was issued; (2) the IRS cannot adjust a partnership item with respect to partners whose statute of limitations were closed in the transaction year even if they carried forward losses to years in which their statute of limitations is open; and (3) the six-year provisions in §§ 6501(e)(1)(A) and 6229(c)(2) cannot apply to extend the period within which the IRS may assess tax with respect to the FFIP partners. Plaintiff's arguments are wrong.

Accordingly, the United States requests leave to file the attached surreply brief in order

to address plaintiff's erroneous arguments in writing before the oral argument scheduled for October 2, 2007.

Respectfully submitted,

s/ Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
GROVER HARTT, III
Senior Litigation Counsel
BART D. JEFFRESS
Trial Attorney
JENNIFER P. WILSON
Trial Attorney

s/ Grover Hartt, III
Of Counsel

August 6, 2007