# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: October 9, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending are plaintiff's Motion for Partial Summary Judgment for the 2000 Tax Year and Motion for Protective Order. Plaintiff seeks an order that the Final Partnership Administrative Adjustment ("FPAA") issued to Russian Recovery Advisors, L.L.C., for the 2000 tax year is untimely and thus invalid as to all but one indirect partner pursuant to Internal Revenue Code Sections 6229(a) and 6501(a). For the reasons set out during oral argument held on October 2, 2007, the motion for partial summary judgment is premature and is denied without prejudice. The court views Mr. James DiBiase's affidavit as insufficient to establish a prima facie case that the FPAA for the 2000 tax year is untimely.

Plaintiff's motion for protective order seeks to bar the United States from serving discovery in this action on plaintiff or any of its direct or indirect partners relating to their taxpayer information, including their identities, their Forms 1040 filed with the Internal Revenue Service ("IRS"), or any execution of agreements with the IRS to extend the period of assessment of additional income tax for any tax year. That motion is also denied, subject to the court's instructions during oral argument. We note that during oral argument

defendant acknowledged that it would be inappropriate to disclose the taxpayer identities absent court order.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge