# In the United States Court of Federal Claims

**06-30C**

**Filed: October 11, 2007**

**RUSSIAN RECOVERY FUND LIMITED,**
**RUSSIAN RECOVERY ADVISORS, LLC,**
**TAX MATTERS PARTNER**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**October 2, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.