# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: October 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

A telephonic conference regarding defendant's motion for leave to clarify its position regarding disclosure of taxpayer information in court proceedings and to request modification of court's October 9, 2007 order shall be held at 11:00 a.m. on Tuesday, October 23, 2007. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge