**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant . | ) | Case No. 06-030-EGB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO CLARIFY ITS POSITION AND REQUEST FOR MODIFICATION OF THE COURT'S ORDER**

Plaintiff Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF"), respectfully submits this response to Defendant's Motion for Leave to Clarify its Position Regarding Disclosure of Taxpayer Information in Court Proceedings and to Request Modification of the Court's October 9, 2007 Order (the "Motion").[1]

There is no sound basis in the record for Defendant's Motion. One salient and obvious point in the Transcript belies Defendant's "clarification": Plaintiff agreed to send the taxpayer identifying information to Defendant in good faith reliance on Defendant's counsel's willingness to keep the information confidential (Tr. 128-129). Moreover, whatever Defendant's views of Code section 6103 may now be, the Transcript shows

[1] This response to is made with respect to Case Nos. 06-030-EGB and 06-035-EGB, which, pursuant to an order dated May 11, 2007, this Court consolidated under Case No. 06-030-EGB. Case Nos. 06-030-EGB and 06-035-EGB are identical in all respects except with respect to the name of the tax matters partner. This response applies equally to Defendant's motion filed in respect of both Case No. 06-030-EGB and Case No. 06-035-EGB.

Defendant's counsel plainly accepting the conditions under which Defendant was to receive the information (Tr. 129-130). The Court's Order of October 9, 2007 made abundant sense because it was evident to everyone in the courtroom that Defendant had no objection to Plaintiff's request for confidentiality of the direct and indirect partners of RRF at this stage of discovery. Because the Court is exercising its authority under Rule 26 of the Rules of the Court of Federal Claims to direct appropriate discovery, Defendant's attempt to renege on its assent should be summarily denied.

Dated: October 22, 2007

By:
s/ Loretta R. Richard

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND
LIMITED, RUSSIAN RECOVERY
ADVISORS, L.L.C., TAX MATTERS
PARTNER