# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: October 23, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's motion to request modification of the court's October 9, 2007 order. That motion is granted. Accordingly, the last sentence of the court's October 9, 2007 order is stricken.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge