# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: October 23, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

The defendant shall file a status report on or before Monday, January 7, 2008. The plaintiff may respond to defendant's report on or before Thursday, January 10, 2008. A telephonic conference regarding the status report shall be held at noon on Friday, January 11, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge