# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: January 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Defendant's motion for an extension of 45 days is granted. The defendant shall file a status report on or before Thursday, February 21, 2008. The plaintiff may respond to defendant's report on or before Thursday, February 28, 2008. A telephonic conference regarding the status report shall be held at 10:00 a.m. on Wednesday, March 5, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge