# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: January 31, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

The court's scheduling order of January 8, 2008, is amended to reflect that the telephonic conference scheduled for March 5, 2008, has been rescheduled as follows: A telephonic conference shall be held at 3:00 p.m. on Thursday, March 13, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge