**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 06-030-EGB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT**

Plaintiff Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF"), respectfully submits this Response to Defendant's Status Report dated February 21, 2008 ("Status Report") pursuant to the Court's Order dated January 8, 2008 (the "Order").[1] Defendant's Status Report requests an additional 31 days to obtain and analyze the necessary information, and further requests the Court's leave to serve a discovery request on Plaintiff or subpoena on one of Plaintiff's indirect partners to obtain information already in the Government's possession. Plaintiff has no objection to granting Defendant an additional 31 days to obtain information from the Government's records. However, Plaintiff objects to Defendant's request to serve discovery on Plaintiff or a subpoena on one of Plaintiff's indirect partners, because such actions are both premature and unnecessary.

[1] This motion is made with respect to Case Nos. 06-030-EGB and 06-035-EGB, which, pursuant to an order dated May 11, 2007, this Court consolidated under Case No. 06-030-EGB. Case Nos. 06-030-EGB and 06-035-EGB relate to Plaintiff's tax year ended December 31, 2000 and are identical in all material respects. This brief applies equally to Case No. 06-030-EGB and Case No. 06-035-EGB.

The Internal Revenue Service ("IRS"), as a party to the agreement, would have a copy of any applicable Forms 872, Consent to Extend the Time to Assess Tax, that was entered into with respect to any of Plaintiff's direct or indirect partners. Defendant wrongly looked to the originally filed tax return to obtain a copy of the Form 872. Form 872 is not attached to an originally filed tax return, but is instead negotiated between the IRS and the taxpayer during the examination process. To obtain a copy of such form, Defendant easily could place a phone call or request a record check by the IRS to identify the team manager, or other individual at the IRS, responsible for the examination proceedings involving Plaintiff's indirect partner. Then, Defendant should contact that person to request a copy of the Form 872.

For the foregoing reasons, the Court should deny Defendant's request for leave to serve a discovery request on Plaintiff or subpoena on one of Plaintiff's indirect partners.

Dated: February 25, 2008

By:
s/ Loretta R. Richard

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND
LIMITED, RUSSIAN RECOVERY
ADVISORS, L.L.C., TAX MATTERS
PARTNER