**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 06-030-EGB |

**MOTION BY PLAINTIFF FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT OF FEBRUARY 21, 2008**

Plaintiff Russian Recovery Advisors, L.L.C., Tax Matters Partner for Russian Recovery Fund Limited, respectfully moves for leave to file a Surreply to Defendant's Reply to the Response to Defendant's Status Report.[1] Defendant's Reply provides additional details on its discovery efforts that were not included in its Status Report. Specifically, Defendant describes certain steps that the Internal Revenue Service (the "IRS") has taken to determine whether the three year limitations periods expired for Plaintiff's direct and indirect partners prior to the issuance of the Final Partnership Administrative Adjustment to Plaintiff. For the first time, Defendant notifies the Court that the IRS is having difficulty finding the record copy of that indirect partner's tax return, and therefore is unable to locate a copy of the extension agreement.

[1] This motion is made with respect to Case Nos. 06-030-EGB and 06-035-EGB, which, pursuant to an order dated May 11, 2007, this Court consolidated under Case No. 06-030-EGB. Case Nos. 06-030-EGB and 06-035-EGB relate to Plaintiff's tax year ended December 31, 2000 and are identical in all material respects. This brief applies equally to Case No. 06-030-EGB and Case No. 06-035-EGB.

In order to respond to these additional facts, Plaintiff respectfully requests leave to file the attached Surreply in order to address Defendant's request to issue a discovery request on Plaintiff or a subpoena on one of Plaintiff's indirect partners.

Dated: March 6, 2008

By:
s/ Loretta R. Richard

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Complainant,
RUSSIAN RECOVERY FUND
LIMITED, RUSSIAN RECOVERY
ADVISORS, L.L.C., TAX MATTERS
PARTNER