# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: March 13, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * 
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * 

ORDER

As discussed in today's status conference, plaintiff shall file a motion for partial summary judgment on or before May 1, 2008. Discovery remains stayed until further order.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge