# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: April 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

A telephonic conference regarding defendant's Motion to Stay Briefing on the Six-Year Statute of Limitations Issue Following the Federal Circuit's Granting Petition for Interlocutory Appeal in *Salman Ranch* and to Permit Discovery on the Merits to Commence, shall be held at 2:30 p.m. EDST on Thursday, May 22, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge