**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | Case No. 06-0030-EGB |

**PLAINTIFF'S MOTION FOR**
**<u>PARTIAL SUMMARY JUDGMENT FOR THE 2000 TAX YEAR</u>**

Pursuant to Rule 56 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Russian Recovery Advisors, L.L.C. ("Recovery Advisors"), Tax Matters Partner for Russian Recovery Fund Limited ("RRF"),[1] hereby moves for partial summary judgment in the above-captioned action. In support of this motion, Recovery Advisors submits the accompanying Proposed Findings of Uncontroverted Fact pursuant to RCFC 56(h)(1), the Declaration of James DiBiase with attached exhibits, and a Memorandum of Law in Support of its Motion.

On June 2, 2007, Plaintiff filed a Motion for Partial Summary Judgment for the 2000 Tax Year (the "Original Motion"). The Court heard oral arguments on the Original Motion on October 2, 2007, and on October 9, 2007 the Court denied the Original Motion without prejudice as premature. Order dated October 9, 2007. In an Order dated October 23, 2007, the Court ordered Defendant to search the records of the Internal Revenue Service and submit a status

[1] Pursuant to an Order dated May 11, 2007, this Court consolidated Case No. 06-035-EGB, which is identical in all respects to the present case except with respect to the name of the tax matters partner, under Case No. 06-030-EGB. This motion applies equally to Case No. 06-030-EGB and Case No. 06-035-EGB.

report on its efforts to determine whether the three-year statute of limitations period had lapsed for any partner for the 2000 tax year. Order dated October 23, 2007. After submitting two status reports, Defendant confirmed during a status conference on March 13, 2008 that the three-year statute was closed for all but one indirect partner of RRF, but raised the potential application of the six-year statute of limitations. At the same status conference, Plaintiff requested the opportunity to brief the issue in the form of a renewed motion for partial summary judgment. The Court granted Plaintiff's request and ordered Plaintiff to submit this Motion for Partial Summary Judgment. Order dated March 13, 2008.

As the supporting materials demonstrate, there is no genuine issue of material fact, and Recovery Advisors is entitled to judgment as a matter of law. Recovery Advisors asks the Court to rule that the Notice of Final Partnership Administrative Adjustment for the 2000 tax year (the "2000 FPAA") is untimely under section 6501 of the Internal Revenue Code of 1986, as amended, insofar as it purports to adjust the partnership items of anyone other than the one indirect partner (who received a 1.3% allocation of the adjusted partnership item) of RRF whose statute was open as of the date of the 2000 FPAA's issuance. Recovery Advisors asks the Court to rule that the 2000 FPAA is invalid as time-barred as to all other direct or indirect partners of RRF. 26 U.S.C. §§ 6501(a), 6229(a).

WHEREFORE, Recovery Advisors respectfully requests that its Motion be allowed, and that the Court enter judgment in its favor.

Dated: May 1, 2008

By: s/ Loretta R. Richard

Loretta R. Richard
Kathleen Saunders Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000

Attorneys for Plaintiff,
RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., TAX MATTERS PARTNER