**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 06-0030-EGB |

**DECLARATION OF JAMES DIBIASE**

I, JAMES DIBIASE, declare as follows:

1. I am a partner in Bracebridge Capital, L.L.C., the investment manager of Russian Recovery Fund Limited ("RRF"). During 2000, I was the Chief Financial Officer and Chief Operating Officer to the investment manager of RRF. During 2000, I also served as Chief Financial Officer and Chief Operating Officer to the General Partner of FFIP, L.P. ("FFIP"). My responsibilities included supervision of tax compliance matters with respect to each of RRF and FFIP, including the filing of each of RRF's and FFIP's tax returns for the tax year ended December 31, 2000 (the "2000 Tax Year"). I make this declaration in support of Plaintiff's Motion for Partial Summary Judgment for the 2000 Tax Year in the above-captioned action.[1] This declaration is based upon my personal knowledge.

2. Russian Recovery Advisors ("Recovery Advisors") is a limited liability company formed under the laws of the State of Delaware. RRF is a company incorporated under the

[1] This declaration is made with respect to both Case Nos. 06-030-EGB and 06-035-EGB, which, pursuant to an order dated May 11, 2007, the Court of Federal Claims consolidated under Case No. 06-030-EGB.

laws of the Cayman Islands that has elected status as a partnership for federal income tax purposes. Recovery Advisors was designated as Tax Matters Partner ("TMP") for RRF on RRF's tax return for the 2000 Tax Year (the "2000 Tax Return").

3. RRF filed its 2000 Tax Return on August 14, 2001. A true and complete copy of the 2000 Tax Return is attached as Exhibit 1.

4. In the 2000 Tax Year, RRF allocated net Section 988 losses of $46,424,782 entirely to FFIP, one of RRF's partners, as reflected on the Form K-1 provided to FFIP. No RRF partner other than FFIP received an allocation of all or any portion of the net Section 988 losses.

5. FFIP is a Delaware limited partnership. I have reviewed FFIP's partnership tax return for the 2000 Tax Year. FFIP filed its Form 1065 federal partnership return for the 2000 Tax Year on August 14, 2001, reporting on its return all items allocated to FFIP from RRF. During the 2000 Tax Year FFIP had 36 direct partners.

6. On September 28, 2005, the IRS issued to Recovery Advisors, as TMP for RRF, a Notice of Beginning of Administrative Proceeding for RRF for the 2000 Tax Year, and, on October 14, 2005, the Internal Revenue Service ("IRS") mailed to Recovery Advisors a Notice of Final Partnership Administrative Adjustment ("FPAA") proposing an adjustment to "Other Income" on the RRF partnership return for the 2000 Tax Year (the "2000 FPAA"). A true and complete copy of the 2000 FPAA received by RRF is attached as Exhibit 2.

7. At no time in the four years after RRF filed its 2000 Tax Return did RRF receive notice that the IRS was taking any action, including issuing a Notice of Beginning of Administrative Proceeding or an FPAA, with respect to the RRF return for the 2000 Tax

Year.

8. The indirect partner of RRF that was identified as Partner 26 in FFIP's schedule K-1 for the 2000 tax year was allocated $543,330 of RRF losses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May, 2008.

JAMES DIBIASE