# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: May 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's "Motion to Stay Briefing on the Six-Year Statute of Limitations." The motion also seeks to lift the stay on discovery. The motion is granted in part and denied in part. The motion to stay plaintiff's motion for partial summary judgment is granted. Plaintiff is directed to notify chambers promptly after the Federal Circuit issues its opinion in *Salman Ranch Ltd. v. United States*, Misc. Docket No. 866 (Fed. Cir. Mar. 11, 2008) (Slip Op.). The motion is denied with respect to lifting the stay on discovery.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge