**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 06-0030-EGB |

**PLAINTIFF'S MOTION FOR REDACTION**

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and the Transcript Redaction Procedure of the Court of Federal Claims (the "Procedure"), Plaintiff Russian Recovery Advisors, as Tax Matters Partner for Russian Recovery Fund, respectfully moves that this Court grant leave for the requested redactions (the "Redactions") to the transcript of the oral arguments held on May 22, 2008 (the "Transcript").[1] Consistent with the Procedure, Plaintiff filed with the Court a Notice of Intent to Request Redaction on June 20, 2008. By letter dated July 14, 2008, Plaintiff submitted its Redactions to the Transcript to Heritage Reporting Corporation (the "Reporter"). Further to the Court's request, Plaintiff submits this motion requesting that the Court enter an order granting leave for Reporter to make the Redactions.

Plaintiff respectfully submits that the Redactions are appropriate and necessary to prevent the public disclosure of confidential, personal tax information. Specifically, the Redaction on

[1] Pursuant to an Order dated May 11, 2007, this Court consolidated Case No. 06-035-EGB, which is identical in all respects to the present case except with respect to the name of the tax matters partner, under Case No. 06-030-EGB. This motion applies equally to Case No. 06-030-EGB and Case No. 06-035-EGB.

lines 1-5 of page 7 of the Transcript would prevent the disclosure of wholly personal tax information of an individual who Defendant has not shown is a party to this proceeding. The Redaction on line 19 of page 15 of the Transcript identifies the name of a person who is not a party to this proceeding and who was not involved in the disputed issues. Furthermore, these Redactions are consistent with the policies underlying Section 6103 of the Internal Revenue Code of 1986, as amended, which prohibits the disclosure of a person's tax returns and return information except in very limited circumstances.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an order granting leave for Reporter to redact the Transcript to reflect the Redactions.

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner.

By its attorneys,

s/ Loretta R. Richard

Dated: July 29, 2008

Loretta R. Richard
Kathleen S. Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000