**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | ) | Case Nos. 06-0030-EGB<br>06-0035-EGB |

**PLAINTIFF'S EXPEDITED MOTION TO SEAL**
**DEFENDANT'S RESPONSE IN OPPOSITION TO**
**PLAINTIFF'S MOTION FOR REDACTION OF MAY 22, 2008 TRANSCRIPT**

Plaintiff Russian Recovery Advisors, L.L.C. ("RRA"), as Tax Matters Partner for Russian Recovery Fund Limited, respectfully moves that this Court order, on an expedited basis, that the *Response In Opposition to Plaintiff's Motion for Redaction of May 22, 2008 Transcript* (Doc. # 62), filed by the Defendant on August 14, 2008, be impounded and deemed filed under seal. In support of this motion, RRA states as follows:

1. On July 29, 2008, RRA filed a Motion for Redaction with this Court pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and the Transcript Redaction Procedure of the Court of Federal Claims, during the ninety-day restriction period before the Transcript would become publicly available. The Motion for Redaction requested that six lines of the Transcript from the oral arguments held on May 22, 2008 be redacted, so that they would not become publicly available through the Public Access to Court Electronic Records system. The motion also set forth RRA's basis for requesting that these portions of the Transcript be redacted.

2. On August 14, 2008, the Defendant filed its *Response in Opposition to Plaintiff's Motion for Redaction of May 22 Transcript* ("Opposition"). On the first page of its Opposition, which the Defendant filed publicly through the Court's CM/ECF system, the Defendant quoted in full the very language that RRA's Motion for Redaction sought to prevent from public disclosure. This disclosure occurred thirty-one days before the conclusion of the ninety-day restriction period.

3. By quoting in a public filing the very language that RRA seeks to prevent from public disclosure, the Defendant has usurped this Court's authority to determine whether the requested redactions are proper. If the Defendant believed that it was necessary to quote this language in its Opposition, it could have requested leave to file the Opposition under seal until the Court ruled on RRA's motion, or advised RRA of its intention to file this information publicly, so that RRA could have sought relief from this Court.

4. In order to prevent the Defendant's improper public filing from rendering RRA's Motion for Redaction moot, and in order to protect the privacy of information that RRA has sought to maintain as confidential, RRA respectfully requests that the Defendant's Opposition (Doc. # 62) be impounded, deemed filed under seal, and removed from public access, until the Court has had the opportunity to consider RRA's underlying Motion for Redaction.

5. RRA will respond more fully to the substantive points raised in the Defendant's Opposition in its Reply in Support of its Motion for Redaction, which is due to be filed with the Court on or before August 28, 2008.

WHEREFORE, Plaintiff Russian Recovery Advisors, L.L.C., as Tax Matters Partner for Russian Recovery Fund Limited, respectfully requests that the Court order on an expedited basis that the *Response In Opposition to Plaintiff's Motion for Redaction of May 22, 2008 Transcript* (Doc. # 62), which was filed by the Defendant United States this 14th day of August, 2008, be impounded and deemed filed under seal, while the Court considers the merits of RRA's underlying Motion for Redaction.

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner.

By its attorneys,

Dated: August 14, 2008

s/ Loretta R. Richard
Loretta R. Richard
Kathleen S. Gregor
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

B. John Williams, Jr.
Alan J.J. Swirski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
(202) 371-7000