**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case Nos. 06-0030-EGB<br>06-0035-EGB |

**ORDER TO SEAL RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR <u>REDACTION OF MAY 22, 2008 TRANSCRIPT</u>**

PENDING BEFORE THE COURT is an Expedited Motion to Seal filed on August 14, 2008 by Plaintiff Russian Recovery Advisors, L.L.C., as Tax Matters Partner for Russian Recovery Fund Limited.

The Court having considered this motion hereby **ORDERS** that the motion is **GRANTED** and that the Response in Opposition to Plaintiff's Motion for Redaction of May 22, 2008 Transcript (Doc. #62) is Sealed. The Clerk of this Court shall remove this document from public access, as if the document had been filed under seal, until further order of this Court.

SO ORDERED this ___ day of August, 2008.

_______________________________________

THE HONORABLE ERIC G. BRUGGINK
Judge