# In the United States Court of Federal Claims

Nos. 06-30T and 06-35T (consolidated)
(Filed: August 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's July 29, 2008 Motion for Redaction. That motion is granted. Heritage Court Reporting shall make the redactions plaintiff has requested to the transcript of the oral arguments held on May 22, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge